Opinion filed June 5, 2015



## In The

# Eleventh Court of Appeals

_____

## No. 11-13-00163-CV

_____

## TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellant

## V.

## CHAD WADE HOLLAND, Appellee

**On Appeal from the County Court at Law**
**Nolan County, Texas**
**Trial Court Cause No. 2,243**

### M E M O R A N D U M   O P I N I O N

The parties to this appeal have filed in this court a joint motion to dismiss the appeal. The parties request that this court withdraw the notice of appeal and dismiss the appeal "for the reason that the appeal has become moot due to the death of the Appellee." Therefore, in accordance with the parties' request, we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(2).

The joint motion to dismiss is granted, and the appeal is dismissed.

June 5, 2015                                                    PER CURIAM

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.